**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Keith WOODS, Defendant–Appellant.**

No. 08–13828

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 28, 2009.

Rick L. Burgess, Birmingham, AL, for Defendant–Appellant.

Ramona C. Albin, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Before MARCUS, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Rick L. Burgess, appointed counsel for Keith Woods in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Woods's convictions and sentences are **AFFIRMED**.